IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RODNEY G. SHEPARD,                *

     Plaintiff,               *

vs.                               *
                                       CASE NO. 3:08-CV-32 (CDL)
Head of Medical REBECCA          *
WILLIAMS, et al.,
                               *

     Defendants.
                               *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on May 12, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 15th day of July, 2008.

                                                 S/Clay D. Land
                                                    CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE