IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RODNEY G. SHEPARD,<br><br>          Plaintiff<br>VS.<br><br>REBECCA WILLIAMS, *et al.*,<br><br>          Defendants | NO. 3:08-CV-32 (CDL)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

**O R D E R**

Before the court is a MOTION TO COMPEL DISCOVERY (Tab #66) and a MOTION TO COMPEL ASSISTANCE FOR COPIES (Tab #67) filed by plaintiff Rodney G. Shepard. Regarding plaintiff's first MOTION TO COMPEL, said motion fails to include the certificate required by Local Rule 37 regarding efforts to obtain information from the opposing party without court action. As such, plaintiff's initial MOTION TO COMPEL is **DENIED**.

Regarding plaintiff Shepard's second MOTION TO COMPEL, said motion seeks an order from the court compelling the defendants to provide the plaintiff with free photocopies. In support of this request, plaintiff claims that without free copy assistance, he will be unable to pursue his various civil claims. With regard to this second MOTION TO COMPEL, the undersigned notes that there is no constitutional right to free photocopies. Additionally, plaintiff has failed to show or even allege that the court would not accept service of, or that he was unable to produce, hand copied duplicates. Consequently, plaintiff's second MOTION TO COMPEL is also **DENIED**.

SO ORDERED AND DIRECTED, this 5th day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE