```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

RODNEY G. SHEPARD,            *

       Plaintiff,         *

vs.                           *

REBECCA WILLIAMS, et al.,     *    CASE NO. 3:08-CV-32 (CDL)

       Defendants           *

<u>ORDER ON REPORTS AND RECOMMENDATIONS</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

    On August 4, 2009, the Magistrate filed a Recommendation that Defendants' motions for summary judgment be granted and filed a separate Order and Recommendation that Plaintiff's motion for summary judgment be denied.  After a *de novo* review, the Court finds that both recommendations should be, and are hereby, approved, adopted, and made the Orders of the Court.

    The objections of the Plaintiff have been considered and are found to be without merit.  The Court does note that regarding Plaintiff's motion for summary judgment, Plaintiff, contrary to the Magistrate's understanding, did file a statement of material facts as required by the Court's local rules; however, the Magistrate's erroneous conclusion that no such statement was filed was not the sole basis for the Magistrate's recommendation that the Plaintiff's motion should be denied.  The Court finds that the other reasons provided by the Magistrate are supported by the record and the law, and thus the Court agrees that Plaintiff's motion for summary judgment should be denied.

```
    IT IS SO ORDERED, this 3rd day of September, 2009.


                                     S/Clay D. Land
                                          CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE
```

Case 3:08-cv-00032-CDL-CWH   Document 99   Filed 09/03/09   Page 2 of 2